[No. 7072-3-II.   Division Two.   September 10, 1985.]

CLAIRE BORSON, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 82-2-00613-8, Carol A. Fuller, J., entered May 2, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 6952-1-II.   Division Two.   September 10, 1985.]

MELODY ANN LeFEBVRE, *Appellant*, v. ROBERT JOHN LeFEBVRE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81-3-03992-7, E. Albert Morrison, J., entered February 25, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 6522-3-II.   Division Two.   September 10, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER S. JUNEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 81-1-00099-5, Carol A. Fuller, J., entered July 16, 1982. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.